UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | I N F O R M A T I O N |
| v. | Criminal No. 1:09-CR-110 (GLS) |
| DONNA CALTABIANO,<br><br>Defendant. | VIOLATION: 29 U.S.C. § 501(c)<br>(One Felony Count) |

THE UNITED STATES ATTORNEY CHARGES:

## COUNT ONE
### "EMBEZZLEMENT OF LABOR UNION ASSETS"

From in or about March 2002, through in or about December 2006, in Greene County and elsewhere in the State and Northern District of New York, the defendant, DONNA CALTABIANO, while an officer, that is, president, of Civil Service Employees Association, Local Union 888, a labor organization engaged in an industry affecting commerce, did embezzle, steal, and unlawfully and willfully abstract and convert to her own use and the use of another the moneys, funds, securities, property, and other assets of said labor organization in the approximate amount of $23, 644.76.

In violation of Title 29, United States Code, Section 501(c).

ANDREW T. BAXTER
ACTING UNITED STATES ATTORNEY

BY: /s/ John S. Vinciguerra

JOSHUA S. VINCIGUERRA
ASSISTANT U.S. ATTORNEY
Bar Roll Number 515068